UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL L. BILLETTE,<br><br>     Plaintiff,<br><br> v.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation,<br><br>     Defendant. | NO: 11-CV-3096-TOR<br><br>ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE |

Before the Court is the parties' Stipulation for Dismissal with Prejudice (ECF No. 14). The parties stipulated to entry of an Order of Dismissal with Prejudice on the grounds that this matter has been fully and finally resolved. Each party shall bear their own attorney's fees and costs.

//

//

//

//

ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE ~ 1

1  **Accordingly, IT IS HEREBY ORDERED**:

2  The parties' Stipulated Motion for Dismissal with Prejudice (ECF No. 14) is

3  **GRANTED**.  Pursuant to the parties' stipulation, all claims and causes of action in

4  this matter are **DISMISSED** with prejudice and without costs or fees to any party.

5  The District Court Executive is hereby directed to enter this Order, furnish

6  copies to counsel, and **CLOSE** the file.

7  **DATED** this 19th day of November, 2012.

8  *s/ Thomas O. Rice*

9  THOMAS O. RICE
United States District Judge

10

11

12

13

14

15

16

17

18

19

20